AO 91 (Rev. 3/99) Criminal Complaint                                                                                             AUSA Marshall

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## UNITED STATES OF AMERICA

FILED
2011 MAY 12 PM 1:49
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY

V.

**CRIMINAL COMPLAINT**

Jose Antonio Serna-CAMACHO (1)
Juan Cardenas-NAVARRETE (2)
Edwin Alexander Benavides-MAGANA (3)
Bertier Soto-ALCAUTER (4)

Case Number: A-11-M-364

I, Detective Lisa Morrill #1522, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about May 11th, 2011, in Austin, Travis County, in the Western District of Texas, defendant did commit the offense of,

Knowingly, Intentionally, and Unlawfully conspired, with persons known and unknown, to possess with intent to distribute an illegal controlled substance, to wit: Cocaine, schedule II in violation of Title 21 United States Code, Section 841(a)(1) and 846.

I further state that I am a Detective with the Austin Police Department and that this complaint is based on the following facts:

**See Attachment.**

Continued on the attached sheet and made a part hereof:        [X] YES    ☐ NO

_Det. Morrill #1522_
Signature of Complainant

Sworn to before me and subscribed in my presence,

May 12th 2011                                                                    Austin, Travis County, Texas
                                                            AT
Date                                                                             City and State

Robert Pittman          U.S. Magistrate Judge            _[signature]_
Name and Title of Judicial Officer                       Signature of Judicial Officer

AO 91 (Rev. 3/99) Criminal Complaint                                                                                      AUSA Marshall

Attachment

The following information is a result of my investigation and information provided to me by other law enforcement sources:

On May 10th, 2011, Detectives Morrill #1522 and Staha #784 of the Austin Police Narcotics Conspiracy Unit received information from a reliable confidential informant that subjects identified as Jose Antonio Serna-CAMACHO, Juan Cardenas-NAVARRETE, Edwin Alexander Benavides-MAGANA, and Bertier Soto-ALCAUTER were in possession of three kilos of cocaine. MAGANA and NAVARRETE facilitated the purchase of the three kilos of cocaine between the confidential informant and seller, CAMACHO. On May 10th, 2011, MAGANA called confidential informant and advised NAVARRETE knew someone, CAMACHO, who would sell the confidential informant three kilos of cocaine. MAGANA directed the confidential informant to the Austin Tennis Center, located at 7800 Johnny Morris Rd., Austin, in the Western District of Texas, where the confidential informant was shown three kilos of cocaine by CAMACHO and ALCAUTER. The three kilos of cocaine (3,000 grams of cocaine) were being kept in CAMACHO'S vehicle, a White GMC suburban, bearing Texas license plate CJ8-G830.

On May 11th, 2011, NAVARRETE drove to 1030 Norwood Park Blvd, Austin, in the Western District of Texas, in a Maroon Chevrolet Silverado bearing Texas license plate 01GSVZ. NAVARRETE provided the confidential informant with approximately one gram of cocaine. The gram of cocaine was turned over to Detective Staha where he later conducted a preliminary test which resulted as positive for cocaine. NAVARRETE agreed to have three kilos of cocaine delivered to the confidential informant. NAVARRETE, CAMACHO and ALCAUTER arrived at 1030 Norwood Park Blvd, Austin, in the Western District of Texas and presented the three kilos of cocaine to the confidential informant again. CAMACHO maintained the three kilos of cocaine in a black computer bag inside the White GMC Suburban, bearing Texas license plate CJ8-G830. NAVARRETE AND ALCAUTER followed the confidential informant in NAVARRETE'S vehicle, a Maroon Chevrolet Silverado, bearing Texas license plate 01GSVZ, while CAMACHO and his female passenger drove his vehicle, White GMC Suburban bearing Texas license plate CJ8-G830 to 12041 Dessau Rd, Austin, in the Western District of Texas. CAMACHO, NAVARRETE and ALCAUTER exited their vehicles and walked within the apartment complex where they were apprehended by officers of the Austin Police Department. NAVARRETE was found to be in possession of a semi-automatic handgun. CAMACHO was found to be in possession of the black computer bag which contained three kilos of cocaine.

Subsequent to CAMACHO'S arrest, a state search warrant was obtained for his residence located at 8201 Colony Loop Dr., Austin, Western District of Texas. Six additional kilos of cocaine (6,000 grams of cocaine), $41,000.00 of U.S. currency and also a semi-automatic handgun were located within said residence.

Based on the above information, I believe probable cause exists to believe that Jose **Antonio Serna-CAMACHO, Juan Cardenas-NAVARRETE, Edwin Alexander Benavides-MAGANA and Bertier Soto-ALCAUTER.** had violated Title 21 U.S.C., Section 841(a)(1) and Section 846 in Austin, Travis County, Western Judicial District of Texas.